# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

131604 & (31)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DARRELL ANDRE SIGGERS,
     Defendant-Appellant.

SC: 131604
COA: 266307
Wayne CC: 84-001567

_____/

On order of the Court, the motion for *pro hac vice* admission is GRANTED. The application for leave to appeal the May 17, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

s0122